```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 43833
    MICHAEL PAUL CLARK SR
    ELEANOR L CLARK                            CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-2323     SSN XXX-XX-7617

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/04/2005 and was confirmed 11/17/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was dismissed after confirmation 07/19/2007.
--------------------------------------------------------------------------------
   CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
   BLUEGREEN CORPORATION      SECURED           15000.00       1270.18        2982.41
   MORTGAGE ELECTRONIC REGI   CURRENT MORTG     16116.89           .00       16116.89
   MORTGAGE ELECTRONIC REGI   MORTGAGE ARRE      7408.68           .00        1922.28
   B-LINE LLC                 UNSEC W/INTER      1123.82           .00             .00
   B-LINE LLC                 UNSEC W/INTER       990.32           .00             .00
   B-LINE LLC                 UNSEC W/INTER      1336.68           .00             .00
   CAPITAL ONE                UNSEC W/INTER       931.96           .00             .00
   CAPITAL ONE                UNSEC W/INTER      1633.50           .00             .00
   CAPITAL ONE                UNSEC W/INTER       377.91           .00             .00
   CHECK N GO                 UNSEC W/INTER       695.50           .00             .00
   FIRST MIDWEST BANK         UNSEC W/INTER      1713.86           .00             .00
   ILL DEPT OF ECON SEC       UNSEC W/INTER    NOT FILED           .00             .00
   ILLINOIS INSTITUTE OF AR   UNSEC W/INTER    NOT FILED           .00             .00
   INGALLS MEMORIAL HOSPITA   UNSEC W/INTER    NOT FILED           .00             .00
   INGALLS HEALTH SYSTEM      UNSEC W/INTER    NOT FILED           .00             .00
   NICOR GAS                  UNSEC W/INTER      1264.79           .00             .00
   PELLETTIERI & ASSOC        UNSEC W/INTER      2481.75           .00             .00
   ROUNDUP FUNDING LLC        UNSEC W/INTER      1590.84           .00             .00
   SALLIE MAE INC             UNSEC W/INTER      2326.46           .00             .00
   SYSTEM & SERVICE TECHNOL   UNSEC W/INTER    NOT FILED           .00             .00
   ST JAMES RADIOLOGISTS      UNSEC W/INTER    NOT FILED           .00             .00
   TCF BANK & SAVINGS         UNSEC W/INTER    NOT FILED           .00             .00
   TCF NATIONAL BANK          UNSEC W/INTER    NOT FILED           .00             .00
   CAVALRY PORTFOLIO SERVIC   NOTICE ONLY      NOT FILED           .00             .00
   ARNSTEIN & ZELLER          NOTICE ONLY      NOT FILED           .00             .00
   MUTUAL HSP SRV             NOTICE ONLY      NOT FILED           .00             .00
   PROFFESSIONAL ACCOUNT MG   NOTICE ONLY      NOT FILED           .00             .00
   AMERICAN COLLECTION        NOTICE ONLY      NOT FILED           .00             .00
   BLUEGREEN CORPORATION      UNSEC W/INTER     12531.38           .00             .00
   PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                       2,700.00
   TOM VAUGHN                 TRUSTEE                                          1,404.82
   DEBTOR REFUND              REFUND                                                .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
             CASE NO. 05 B 43833 MICHAEL PAUL CLARK SR & ELEANOR L CLARK
```

Summary of Receipts and Disbursements:

```
                            RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE                    26,396.58

PRIORITY                                               .00
SECURED                                          21,021.58
    INTEREST                                      1,270.18
UNSECURED                                              .00
ADMINISTRATIVE                                    2,700.00
TRUSTEE COMPENSATION                              1,404.82
DEBTOR REFUND                                          .00
                          ---------------     ---------------
TOTALS                     26,396.58             26,396.58
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/23/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
     CASE NO. 05 B 43833 MICHAEL PAUL CLARK SR & ELEANOR L CLARK